| | |
|---|---|
| STEVENS, O'CONNELL & JACOBS LLP<br>MATTHEW G. JACOBS (122066)<br>CRAIG C. ALLISON (159437)<br>400 Capitol Mall, Suite 1400<br>Sacramento, CA  95814<br>Telephone: (916) 329-9111<br>Facsimile:  (916) 329-9110<br>Email:  cca@sojllp.com<br><br>Attorneys for Defendant<br>Terry Northcutt |  |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TERRY NORTHCUTT,<br><br>　　　　Defendant. | Case No. 09CR00297 AWI<br><br>DEFENDANT TERRY NORTHCUTT'S<br>WAIVER OF APPEARANCE<br><br>[F.R.Cr.P. 43] |

    The undersigned Defendant, TERRY NORTHCUTT, hereby acknowledges that he is the Defendant named above, and further acknowledges the he has been advised of his right to appear personally at any hearing or proceeding before this Court, including, but not limited to, proceedings that involve questions of law, and any subsequent status/pretrial conferences. Understanding these rights, and having conferred with his undersigned counsel, Defendant does hereby freely and voluntarily waive his right to be present at any such proceedings or hearings, except as otherwise directed by this Court, and hereby requests that this Court proceed during every absence of the Defendant that the Court may permit pursuant to this waiver.  Defendant further hereby acknowledges and agrees that his interests are represented at all times by the presence of his attorney the same as if the Defendant was personally present in court, and further agrees that notice to his attorney that his presence in court on a particular day, at a particular

1  time, is required is notice to the Defendant of the requirement of his appearance at that time and
2  place. Defendant further acknowledges that he has been informed of his rights and authorizes
3  his attorney to set at times and delays without Defendant being present.

Dated: September 10, 2009

_____
TERRY NORTHCUTT

APPROVED

Dated: September 10, 2009

STEVENS, O'CONNELL & JACOBS LLP

By: _____
Matthew G. Jacobs
Attorneys for Defendant Terry Northcutt

SO ORDERED.

_____

DEFENDANT TERRY NORTHCUTT'S WAIVER OF APPEARANCE

Stevens, O'Connell & Jacobs LLP