STEVENS, O'CONNELL & JACOBS LLP
MATTHEW G. JACOBS (122066)
CRAIG C. ALLISON (159437)
400 Capitol Mall, Suite 1400
Sacramento, CA  95814
Telephone: (916) 329-9111
Facsimile:  (916) 329-9110

Attorneys for Defendant
Terry Northcutt

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-CR-00297-AWI |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| TERRY NORTHCUTT, | |
| Defendant. | |

Defendant Terry Northcutt and the Government hereby stipulate to continue the status conference currently scheduled for October 26, 2009 at 9:00 a.m. to December 7, 2009, to enable the Government to produce additional discovery and the defense to prepare.

Dated:  October 20, 2009          STEVENS, O'CONNELL & JACOBS  LLP

                                  By:   /s/ Matthew G. Jacobs
MATTHEW G. JACOBS                       Attorneys for Defendant
                                        TERRY NORTHCUTT

///

///

| | |
|---|---|
| Dated: October 20, 2009 | UNITED STATES ATTORNEY |
| | By: /s/ Kimberly A. Sanchez (as authorized on 10/20/09) |
| | KIMBERLY A. SANCHEZ |
| | Assistant U.S. Attorney |

ORDER

The Status Conference is continued from October 26, 2009 to December 7, 2009.

IT IS SO ORDERED.

**Dated:    October 20, 2009**             /s/ Anthony W. Ishii
                                                   CHIEF UNITED STATES DISTRICT JUDGE

2