**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-CR-00297-AWI |
| Plaintiff, | ) ) ) | ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | [Document # 13] |
| TERRY NORTHCUTT, | ) ) | |
| Defendant. | ) ) | |

    Pursuant to the stipulation filed by the parties on January 20, 2010, the status conference currently scheduled for January 25, 2010, at 9:00 a.m. shall be rescheduled to February 22, 2010, at 9:00 a.m., to enable the Government to produce additional discovery and the defense to prepare.

IT IS SO ORDERED.

**Dated:**   **January 20, 2010**               **/s/ Anthony W. Ishii**
                                                                         CHIEF UNITED STATES DISTRICT JUDGE