**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERRY NORTHCUTT, )<br>)<br>Defendant. )<br>_____ ) | NO. 1:09-CR-00297-AWI<br><br>ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>[Document # 14] |

Based on the stipulation filed by the parties on December 21, 2010, the status conference is continued from January 25, 2010 to February 22, 2010 at 9:00 a.m.  Based on the stipulated by the parties, the Court further finds that the period from October 26, 2009 (the date of the first continuance of the status conference) and February 22, 2010 constitutes excludable time within the meaning of the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq*.

IT IS SO ORDERED.

Dated:   **January 22, 2010**                      /s/ **Anthony W. Ishii**
                                                                    CHIEF UNITED STATES DISTRICT JUDGE