1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09-CR-00297 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | ) ) | FOR GOVERNMENT TO FILE RESPONSE TO DEFENDANT'S MOTION FOR |
| TERRY NORTHCUTT, | ) | DISCOVERY |
| Defendant. | ) ) ) | |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Matthew Jacobs, attorney for defendant, that the due date of April 5, 2010 for the government's response to defendant's motion for discovery be extended to April 12, 2010, that the defendant's reply will be due on April 26, 2010 extended from April 19, 2010, and that the hearing will be continued from April 26, 2010 to May 3, 2010.  The parties further agree that time will be excluded

//
//
//

1

through decision on the motion.

Dated: April 5, 2010                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                  By    /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: April 5, 2010                    /s/ Matthew Jacobs
                                        MATTHEW JACOBS
                                        Attorney for Defendant

                                 ORDER

IT IS SO ORDERED.

**Dated:   April 5, 2010**                    **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE