```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:09-CR-00297 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) EXTENSION OF TIME |
| v. | ) FOR GOVERNMENT TO FILE RESPONSE |
| | ) TO DEFENDANT'S MOTION FOR |
| TERRY NORTHCUTT, | ) DISCOVERY |
| Defendant. | ) |

    IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Matthew Jacobs, attorney for defendant, that the due date of April 12, 2010 for the government's response to defendant's motion for discovery be extended to April 26, 2010, that the defendant's reply will be due on May 10, 2010 extended from April 26, 2010, and that the hearing will be continued from May 3, 2010 to May 10, 2010.  The government is conducting additional investigation that may affect the necessity to proceed on the subject motion.  The

//

//

1

parties further agree that time will be excluded through decision on the motion.

Dated: April 14, 2010                       Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                    By   /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney

Dated: April 14, 2010                       /s/ Matthew Jacobs
                                          MATTHEW JACOBS
                                          Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   April 15, 2010**                       **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE