1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CASE NO. 1:09-CR-00297 AWI
                                     )
12                  Plaintiff,       )  AMENDED STIPULATION AND ORDER
                                     )  FOR EXTENSION OF TIME FOR
13  v.                               )  GOVERNMENT TO FILE RESPONSE TO
                                     )  DEFENDANT'S MOTION FOR
14  TERRY NORTHCUTT,                 )  DISCOVERY
                                     )
15                  Defendant.       )
                                     )
16  ─────────────────────────────   )

17

18       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

19  United States Attorney and Kimberly A. Sanchez, Assistant U.S.

20  Attorney and Matthew Jacobs, attorney for defendant, that the due

21  date of April 12, 2010 for the government's response to defendant's

22  motion for discovery be extended to April 26, 2010, that the

23  defendant's reply will be due on May 10, 2010 extended from April 26,

24  2010, and that the hearing will be continued from May 10, 2010 to May

25  17, 2010.  The parties filed a stipulation that mistakenly moved the

26  defendant's reply date and hearing date to May 10, 2010.  Thus, the

27  parties request that the Court amend the prior order to provide for

28  one week between the date the defendant's response is due and the

                                 1

1  hearing.  The parties further agree that time will be excluded

2  through decision on the motion.

3
   Dated: April 29, 2010                Respectfully submitted,
4
                                        BENJAMIN B. WAGNER
5                                       United States Attorney

6
                                By    /s/ Kimberly A. Sanchez
7                                     KIMBERLY A. SANCHEZ
                                      Assistant U.S. Attorney
8
   Dated: April 29, 2010              /s/ Matthew Jacobs
9                                     MATTHEW JACOBS
                                      Attorney for Defendant
10

11

12                                      ORDER

13

14

15
   IT IS SO ORDERED.
16
   **Dated:    April 30, 2010**              **/s/ Anthony W. Ishii**
17                                     CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2