BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>TERRY NORTHCUTT,<br><br>            Defendant. | CASE NO. 1:09-CR-00297 AWI<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Matthew Jacobs, attorney for defendant, that the status conference set for June 28, 2010 be continued to August 2, 2010 at 11:00 a.m.  The government has provided OIG records to the defendant as ordered by the Court at the last status conference.  The parties are still informally addressing discovery matters.  The parties are working to come to an agreement regarding the transfer of subject firearms to a firearms analyst retained by the defendant.  The parties further agree that time will be excluded through decision on

///

///

1

the motion for further defense investigation.

Dated: June 23, 2010                   Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                  By   /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
                                       Assistant U.S. Attorney

Dated: June 23, 2010                   /s/ Matthew Jacobs
                                       MATTHEW JACOBS
                                       Attorney for Defendant

ORDER

IT IS SO ORDERED.

Dated:    June 23, 2010            _____
                                   CHIEF UNITED STATES DISTRICT JUDGE