IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-cr-00297 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON GOVERNMENT'S |
| | ) | MOTION TO DISMISS |
| v. | ) | (Fed. R. Crim. P.  48 (a)) |
| | ) | |
| TERRY NORTHCUTT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice as to Terry Northcutt.

Dated: January  14  , 2011                    /s/ ANTHONY W. ISHII
                                              Anthony W. Ishii
                                              U.S. District Judge

1