FILED
MAR 03 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiffs, ) | No. CR-09-297-AWI |
| vs. ) | ORDER TO RETURN PASSPORT |
| TERRY NORTHCUTT, ) | |
| Defendant. ) | |

The case against the above-named defendant having been dismissed by the Government on 1/14/2011, the following is ordered:

(X) The defendant's passport #055889051 is ordered returned:

DATED: 3-3-11

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1